

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-19-00645-CR

Lonnie Jerome James **ELLISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10112C
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

Appellant's motion for rehearing is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court